UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUENTIN LEWIS | CIVIL ACTION |
| VERSUS | NO. 15-4227 |
| N. BURL CAIN, WARDEN | SECTION "N"(2) |

### ORDER

Having considered the United States Magistrate Judge's Report and Recommendation (Rec. Doc. 6), and having construed Petitioner's letter (Rec. Doc. 7), dated October 12, 2015, as an objection thereto, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

**IT IS ORDERED** that Quentin Lewis's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Court expressly agrees with the Magistrate Judge's finding that, because it lacks jurisdiction, it also lacks the authority to address the case further, including honoring the petitioner's request to transfer the case to a proper district court. As a result, should the petitioner continue to seek federal habeas corpus relief, he must again file the petition in accordance with the provisions of 28 U.S.C. § 2241(d).

New Orleans, Louisiana, this 22nd day of October, 2015.

UNITED STATES DISTRICT JUDGE